United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATHERINE OGECHUKWU THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-5587 |
| | § | |
| TODD BLANCHE, In His Official Capacity as Acting Attorney General, et al., | § § § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal With Prejudice, Pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P., filed at Document No. 15. It is hereby

ORDERED that Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P. (Doc. No. 15) is GRANTED and this case is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 10TH day of November 2026.

Ewing Werlein, Jr.
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE